IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 04-cr-00027-PAB-4

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.  MANUEL MARTINEZ,

    Defendant.

_____

**ORDER**
_____

This matter is before the Court on Defendant's Motion for the Return of Real Property, Not Subject to an Order of Criminal Forfeiture [Docket No. 207]. The defendant was convicted in this case in 2005 and is currently incarcerated in the U.S. Bureau of Prisons. He seeks the return of various items of personal property, including a 1984 Blazer automobile, that were apparently seized from his residence in connection with this case.

The United States has filed a response to defendant's motion [Docket No. 209] indicating that it has been advised that any property seized from the defendant is currently being held at the Aurora Police Department. The government suggests that the defendant designate a representative to contact a named investigator, who will then allow the representative to retrieve the property.

The government notes that it was not involved in the seizure of the 1984 Blazer. The defendant's motion indicates that the Blazer was towed by the City of Thornton. Thus, the government has no obligations in regard to the Blazer.

Accordingly, given that the United States has provided a mechanism for the return of defendant's property over which it has some control, it is

**ORDERED** that Defendant's Motion for the Return of Real Property, Not Subject to an Order of Criminal Forfeiture [Docket No. 207] is DENIED as moot.

DATED April 29, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge